UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
GUSTAVO SUAREZ AND  
CAROLINA MORA

Case No.: 19-18987-JKS  
Chapter: 7  
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

_David Wolff_, _Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on August 6, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real property located at 318 Linden Road, Roselle, New Jersey
Value: $280,000.00

Liens on property:
Midfirst Bank
$248,288.53

Amount of equity claimed as exempt:
$0.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee
Address: 396 Route 34, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-18987-JKS
Gustavo Suarez                                                            Chapter 7
Carolina Mora
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2             Date Rcvd: Jul 09, 2019
                              Form ID: pdf905          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db/jdb         +Gustavo Suarez,    Carolina Mora,    318 Linden Rd.,    Roselle, NJ 07203-1543
518222769      +American Express Co.,     P.O. Box 981540,    Attn : Correspondence Dept.,
                El Paso, TX 79998-1540
518222768      +American Express Co.,     P.O. Box 981537,    El Paso, TX 79998-1537
518222773       Dept. of the Treasury,    Internal Revenue Services,    Andover, MA 01810
518222776      +KML Law Group. P.C.,    216 Haddon Avenue, Ste. 406,    Org. acct. # 57595061,
                Collingswood, NJ 08108-2812
518222777      +Midland Mortgage,    999 N.W. Grand Blvd.,    Oklahoma City, OK 73118-6051
518222782      +TD Bank, N. A. / Target Credit,     P.O. Box 673,    Minneapolis, MN 55440-0673
518222781      +Target Credit Card (TC),    P.O. Box 9475, Mail Stop BT,    Attn : Financial & Retail Services,
                Minneapolis, MN 55440-9475
518222783      +The Home Depot / Citi Bank, N. A.,     P.O. Box 6497,    Sioux Falls, SD 57117-6497
518222784     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank, N. A.,     P.O. Box 790084,    Saint Louis, MO 63179)
518222785      +Union County Sheriff Civil Process,     10 Elizabethtown Plaza,    Elizabeth, NJ 07202-3451
518222786      +Vivint.SmartHome,    4931 North 300 West,    Provo, UT 84604-5816
518222788     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank, N. A.,     P.O. Box 6429,    Attn : Bankruptcy Dept.,
                Greenville, SC 29606)
518222787      +Wells Fargo Bank, N. A.,    P.O. Box 6995,    Portland, OR 97228-6995

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 23:55:37      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 23:55:34      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 23:57:20
                Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
518222770       E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 09 2019 23:55:46      American Honda Finance Corp.,
                600 Kelly Way,    Holyoke, MA 01040
518222771      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 23:56:53
                Capital One Bank USA, N. A.,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
518222772      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 23:57:28
                Capital One Bank USA, N. A.,    P.O. Box 30258,    Attn : Bankruptcy Dept.,
                Salt Lake City, UT 84130-0258
518222774      +E-mail/Text: bknotice@ercbpo.com Jul 09 2019 23:55:41      Enhanced Recovery Corp., LLC,
                P.O. Box 57547,    Jacksonville, FL 32241-7547
518222775      +E-mail/Text: bknotice@ercbpo.com Jul 09 2019 23:55:41      Enhanced Recovery Corp., LLC,
                8014 Bayberry Rd.,    Attn : Bankruptcy Dept.,    Jacksonville, FL 32256-7412
518224897      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 23:57:56      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518222779      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 23:56:44      Synchrony Bank / Ashley Furniture,
                P.O. Box 965064,    Attn : Bankruptcy Dept.,    Orlando, FL 32896-5064
518222780      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 23:57:20      Synchrony Bank / Ashley Homestore,
                950 Forrer Blvd.,    Kettering, OH 45420-1469
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518222778       Midland Mortgage Co.,    P.O. Box 26648,    Attn: Customer Service / Bankruptcy,    OK 73216
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                 Page 2 of 2                  Date Rcvd: Jul 09, 2019
                               Form ID: pdf905             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
              David    Wolff     dwtrustee@verizon.net,   NJ50@ecfcbis.com
              Rebecca Ann Solarz      on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William P. Bonomo     on behalf of Joint Debtor Carolina   Mora nyattybill@aol.com,
               bonomolawecf@gmail.com;claudia@garanticesufuturo.com;lediazlaw@gmail.com;bonomowr58406@notify.bes
               tcase.com
              William P. Bonomo     on behalf of Debtor Gustavo   Suarez nyattybill@aol.com,
               bonomolawecf@gmail.com;claudia@garanticesufuturo.com;lediazlaw@gmail.com;bonomowr58406@notify.bes
               tcase.com
                                                                                                  TOTAL: 5
```