| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gustavo Suarez** | Social Security number or ITIN   xxx–xx–3038 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Carolina Mora** | Social Security number or ITIN   xxx–xx–8148 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:  **19–18987–JKS** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gustavo Suarez
dba N.C. & J. Stone, LLC

Carolina Mora

8/16/19

**By the court:** <u>John K. Sherwood</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

```
In re:                                                        Case No. 19-18987-JKS
Gustavo Suarez                                                Chapter 7
Carolina Mora
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2        User: admin           Page 1 of 2        Date Rcvd: Aug 16, 2019
                            Form ID: 318           Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
```
db/jdb       +Gustavo Suarez,   Carolina Mora,   318 Linden Rd.,    Roselle, NJ 07203-1543
518222773     Dept. of the Treasury,   Internal Revenue Services,   Andover, MA 01810
518222776    +KML Law Group. P.C.,   216 Haddon Avenue, Ste. 406,   Org. acct. # 57595061,
              Collingswood, NJ 08108-2812
518372696    #+MidFirst Bank,   60 E 42 Suite 5220,   New York, NY 10165-5220
518222777    +Midland Mortgage,   999 N.W. Grand Blvd.,   Oklahoma City, OK 73118-6051
518222785    +Union County Sheriff Civil Process,   10 Elizabethtown Plaza,   Elizabeth, NJ 07202-3451
518222786    +Vivint.SmartHome,   4931 North 300 West,   Provo, UT 84604-5816
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2019 23:15:03    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2019 23:15:02    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           +EDI: RMSC.COM Aug 17 2019 03:08:00    Synchrony Bank c/o PRA Receivables Management, LLC,
              PO BOX 41021,   Norfolk, VA 23541-1021
518222770     EDI: HNDA.COM Aug 17 2019 03:08:00    American Honda Finance Corp.,   600 Kelly Way,
              Holyoke, MA 01040
518222768    +EDI: AMEREXPR.COM Aug 17 2019 03:08:00    American Express Co.,   P.O. Box 981537,
              El Paso, TX 79998-1537
518222769    +EDI: AMEREXPR.COM Aug 17 2019 03:08:00    American Express Co.,   P.O. Box 981540,
              Attn : Correspondence Dept.,   El Paso, TX 79998-1540
518222771    +EDI: CAPITALONE.COM Aug 17 2019 03:08:00    Capital One Bank USA, N. A.,   P.O. Box 30253,
              Salt Lake City, UT 84130-0253
518222772    +EDI: CAPITALONE.COM Aug 17 2019 03:08:00    Capital One Bank USA, N. A.,   P.O. Box 30258,
              Attn : Bankruptcy Dept.,   Salt Lake City, UT 84130-0258
518222774    +E-mail/Text: bknotice@ercbpo.com Aug 16 2019 23:15:05    Enhanced Recovery Corp., LLC,
              P.O. Box 57547,   Jacksonville, FL 32241-7547
518222775    +E-mail/Text: bknotice@ercbpo.com Aug 16 2019 23:15:05    Enhanced Recovery Corp., LLC,
              8014 Bayberry Rd.,   Attn : Bankruptcy Dept.,   Jacksonville, FL 32256-7412
518224897    +EDI: RMSC.COM Aug 17 2019 03:08:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
518222779    +EDI: RMSC.COM Aug 17 2019 03:08:00    Synchrony Bank / Ashley Furniture,   P.O. Box 965064,
              Attn : Bankruptcy Dept.,   Orlando, FL 32896-5064
518222780    +EDI: RMSC.COM Aug 17 2019 03:08:00    Synchrony Bank / Ashley Homestore,   950 Forrer Blvd.,
              Kettering, OH 45420-1469
518222782    +EDI: WTRRNBANK.COM Aug 17 2019 03:08:00    TD Bank, N. A. / Target Credit,   P.O. Box 673,
              Minneapolis, MN 55440-0673
518222781    +EDI: WTRRNBANK.COM Aug 17 2019 03:08:00    Target Credit Card (TC),
              P.O. Box 9475, Mail Stop BT,   Attn : Financial & Retail Services,
              Minneapolis, MN 55440-9475
518222783    +EDI: CITICORP.COM Aug 17 2019 03:08:00    The Home Depot / Citi Bank, N. A.,   P.O. Box 6497,
              Sioux Falls, SD 57117-6497
518222784     EDI: USBANKARS.COM Aug 17 2019 03:08:00    U.S. Bank, N. A.,   P.O. Box 790084,
              Saint Louis, MO 63179
518222788     EDI: WFFC.COM Aug 17 2019 03:08:00    Wells Fargo Bank, N. A.,   P.O. Box 6429,
              Attn : Bankruptcy Dept.,   Greenville, SC 29606
518222787    +EDI: WFFC.COM Aug 17 2019 03:08:00    Wells Fargo Bank, N. A.,   P.O. Box 6995,
              Portland, OR 97228-6995
                                                                                TOTAL: 19
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518222778     Midland Mortgage Co.,   P.O. Box 26648,   Attn: Customer Service / Bankruptcy,   OK 73216
                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Aug 16, 2019
                              Form ID: 318             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
          David  Wolff    dwtrustee@verizon.net,   NJ50@ecfcbis.com
          Rebecca Ann Solarz   on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William P. Bonomo   on behalf of Joint Debtor Carolina  Mora nyattybill@aol.com,
           bonomolawecf@gmail.com;claudia@garanticesufuturo.com;lediazlaw@gmail.com;bonomowr58406@notify.bes
           tcase.com
          William P. Bonomo    on behalf of Debtor Gustavo  Suarez nyattybill@aol.com,
           bonomolawecf@gmail.com;claudia@garanticesufuturo.com;lediazlaw@gmail.com;bonomowr58406@notify.bes
           tcase.com
                                                                              TOTAL: 5
```