Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−18987−JKS
        Chapter: 7
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gustavo Suarez | Carolina Mora |
| dba N.C. & J. Stone, LLC | 318 Linden Rd. |
| 318 Linden Rd. | Roselle, NJ 07203 |
| Roselle, NJ 07203 | |

Social Security No.:
  xxx−xx−3038                             xxx−xx−8148

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that David Wolff is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 3, 2019                 John K. Sherwood
                                          Judge, United States Bankruptcy Court